# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN MICHAEL POURCIAU

NO. 2019 KW 1237

**MAY 29, 2020**

---

In Re:    Ryan Michael Pourciau, applying for rehearing, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          1301894.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **APPLICATION FOR REHEARING NOT CONSIDERED.** See Uniform Rules
of Louisiana Courts of Appeal, Rules 2- 18.7.


**TMH**
**AHP**
**WIL**


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT